# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BAKER RANCHES, INC., a Nevada Corporation; DARWIN C. WHEELER; and OWEN L. AND PATRICIA T. GONDER,

    Plaintiff(s),

vs.

RYAN ZINKE et al.

    Defendant(s).

Case # 3:18-CV-00261-RJC-VPC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Brandon L. Jensen_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Budd-Falen Law Offices, LLC_____
(firm name)

with offices at _____300 E. 18th Street, P.O. Box 346_____,
(street address)

_____Cheyenne_____, _____Wyoming_____, _____82003_____,
(city)                              (state)                        (zip code)

_____307-632-5105_____, _____brandon@buddfalen.com_____.
(area code + telephone number)       (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiffs_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>10/16/2000 and 10/24/2000</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Colorado and Wyoming</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| PLEASE SEE ATTACHED EXHIBIT 1 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> Wyoming State Bar
> Colorado State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Wyoming____ )
COUNTY OF ____Laramie____ )

____Brandon L. Jensen____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__20th__ day of __June__, __2018__.

_____  My Comm. Exp: 7/10/2020

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Debbie Leonard____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____100 West Liberty Street, Tenth Floor____,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)        (state)          (zip code)

____775-788-2000____, ____dleonard@mcdonaldcarano.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Debbie Leonard_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Owen L. Gonder
(type or print party name, title)

_____
(party's signature)

Patricia Gonder
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

See Last Page
Designated Resident Nevada Counsel's signature

_____   dleonard@mcdonaldcarano.com
Bar number                          Email address

APPROVED:

Dated: this ____ day of _____, 20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Debbie Leonard_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Darwin C. Wheeler
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

See Last Page
_____
Designated Resident Nevada Counsel's signature

_____  dleonard@mcdonaldcarano.com
Bar number                Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Debbie Leonard_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Terry F. Baker_____
(party's signature)

Baker Ranches, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Debbie Leonard_____
Designated Resident Nevada Counsel's signature

8260                           dleonard@mcdonaldcarano.com
Bar number                     Email address

APPROVED:
Dated: this ___ day of __June__, 20_18_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## Brandon L. Jensen
## Court Admissions

| Court | Location | Date of Admission |
|---|---|---|
| Colorado Supreme Court (32316) | Denver, Colorado | October 16, 2000 |
| Wyoming Fed. Dist. Court | Cheyenne, Wyoming | October 24, 2000 |
| Wyoming Supreme Court (6-3464) | Cheyenne, Wyoming | October 24, 2000 |
| Colorado Federal District Court | Denver, Colorado | March 1, 2001 |
| 10th Circuit Court of Appeals | Denver, Colorado | March 3, 2001 |
| 9th Circuit Court of Appeals | San Francisco, California | November 04 |
| 7th Circuit Court of Appeals | Chicago, Illinois | November 4, 2004 |
| U.S. Court of Appeals for the Federal Circuit | Washington D.C. | Sept. 7, 2006 |
| U.S. Supreme Court | Washington D.C. | March 5, 2007 |
| U.S. Court of Federal Claims | Washington D.C. | May 29, 2007 |
| USCA 8th Circuit | St. Louis, Missouri | April 17, 2015 |
| USDC District of Columbia (CO 0065) | Washington D.C. | 12/4/2017 |

**EXHIBIT 1**

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
# OF THE
# STATE OF WYOMING

---

I, Patricia Bennett, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Brandon Lee Jensen

was on the 24th day of October, 2000, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.



Given under my hand and the seal of said Court this 1st day of June, 2018.

_____
Patricia Bennett, Clerk

# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**BRANDON LEE JENSEN**

has been duly licensed and admitted to practice as an

# ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **16th** day of **October** A. D. **2000** and that at the date hereof the said **BRANDON LEE JENSEN** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **6th** day of **June** A. D. **2018**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk