DAYLE ELIESON
United States Attorney, District of Nevada
GREG ADDINGTON
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Div.
DAVID L. NEGRI, Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
800 Park Blvd., # 600
Boise, Idaho 83712
(208) 334-1936
david.negri@usdoj.gov

*Attorneys for the United States of America and all Defendants*

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN -7 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation; DARWIN C. WHEELER; and OWEN L. AND PATRICIA T. GONDER,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior; the UNITED STATES DEPARTMENT OF THE INTERIOR; DAN SMITH, in his capacity as Acting Director of the National Park Service; the NATIONAL PARK SERVICE; and CURT R. DIMMICK, in his official capacity as Acting Superintendent of the Great Basin National Park,<br><br>Defendants. | Case No. 3:18-cv-261-RCJ-VPC<br><br>ORDER<br><br>**UNOPPOSED MOTION FOR A STAY OF ALL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |

**UNOPPOSED MOTION FOR A STAY OF ALL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS -- Page 1**

The United States of America, on behalf of all Defendants, hereby moves for a stay of all deadlines in the above-captioned case, including the upcoming case management report (January 9) and case management conference (January 15).

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Defendants in this case. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines in the above-captioned case, including the upcoming case management report (January 9) and case management conference (January 15), until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the Plaintiffs have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all deadlines in this case until Department

of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectively submitted, this 4th day of January, 2019.

>DAYLE ELIESON
>United States Attorney, District of Nevada
>GREG ADDINGTON
>Assistant United States Attorney
>
>JEAN E. WILLIAMS
>Deputy Assistant Attorney General
>Environment and Natural Resources Division
>*/s/ David L. Negri*
>DAVID L. NEGRI
>Trial Attorney
>U.S. Department of Justice
>
>*Attorneys for the Defendants*

IT IS SO ORDERED:

_____
THE HONORABLE CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE

DATED: 1/7/2019