NICHOLAS A. TRUTANICH
United States Attorney, District of Nevada
GREG ADDINGTON
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438

JEAN E. WILLIAMS
Deputy Assistant Attorney General
DAVID L. NEGRI, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Div.
c/o U.S. Attorney's Office
800 Park Blvd., # 600
Boise, Idaho 83712
(208) 334-1936
david.negri@usdoj.gov

*Attorneys for the Defendants*

✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

SEP 23 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation; DARWIN C. WHEELER; OWEN L. AND PATRICIA T. GONDER, DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior; the UNITED STATES DEPARTMENT OF THE INTERIOR; MICHAEL T. REYNOLDS, in his capacity as Acting Director of the National Park Service; the NATIONAL PARK SERVICE; and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park,<br><br>Defendants. | Case No. 3:18-cv-261-RFB-CBC<br><br>ORDER<br><br>**STIPULATION TO CONTINUE DISPOSITIVE MOTIONS DEADLINE**<br><br>**(THIRD REQUEST)** |

The United States of America, on behalf of all Defendants, by and through its undersigned attorneys, and Plaintiffs, by and through their undersigned attorneys, stipulate and agree to extend the deadlines to file and respond to dispositive motions in this matter. Good cause exists for this third request for an extension of time based on other professional commitments by counsel for the United States, specifically briefs due during the same time period in *Nevada v. United States*, 3:18-cv-569-MMD-CBC (D. Nev.), and *In re the General Adjudication of All Rights to Use of Water in the Gila River System and Source*, Contested Case No. W1-11-232 (Maricopa County Superior Court, AZ).

The parties have completed discovery, and the requested extension of briefing deadlines will not impact any other deadlines in this case. This is the third stipulation for extension of time to continue deadlines in this matter.

Therefore, the parties, by and through their respective counsel, and subject to the agreement of this Court, hereby stipulate to and respectfully request that the Court issue an order providing for the following continuances:

Under the current scheduling order (ECF No. 43), the deadline for dispositive motions is October 14, 2019, with thirty (30) days to respond to any dispositive motion and thirty (30) days to reply to any response. The parties request an extension of the dispositive motion deadline until **October 21, 2019** for opening briefs, with responses due on **November 27** and replies due on **December 20.**

Dated this 20th day of September, 2019

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney, District of Nevada<br>GREG ADDINGTON<br>Assistant United States Attorney<br>JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br>Environment and Natural Resources Division<br><br>*/s/* David L. Negri<br>David L. Negri<br>U.S. Department of Justice<br>800 Park Blvd., # 600<br>Boise, Idaho 83712<br>(208) 334-1936 Telephone<br>david.negri@usdoj.gov<br><br>*Attorneys for the Defendants* | */s/ Brandon L. Jensen*<br>Debbie Leonard (Nev. Bar #8260)<br>Leonard Law, P.C.<br>955 South Virginia Street<br>Suite 220<br>Reno, Nevada 89502<br>(775) 964-4656 Telephone<br>debbie@dleonardlegal.com<br><br>Brandon L. Jensen (pro *hac* vice)<br>Falen Law Offices, LLC<br>300 East 18th Street<br>Post Office Box 346<br>Cheyenne, Wyoming 82003<br>(307) 632-5105 Telephone<br>(307) 637-3891 Facsimile<br>brandon@buddfalen.com<br><br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

THE HONORABLE CARLA BALDWIN CARRY
UNITED STATES MAGISTRATE JUDGE

DATED: 9/23/2019