Debbie Leonard (Nev. Bar #8260)
Leonard Law, P.C.
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

Brandon L. Jensen (*pro hac vice*)
Budd-Falen Law Offices, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003
(307) 632-5105
brandon@buddfalen.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation; DARWIN C. WHEELER; OWEN L. AND PATRICIA T. GONDER; DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Acting Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, MICHAEL T. REYNOLDS, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park,<br><br>Defendants. | Case No. 3:18-cv-00261-RFB-CLB<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE PRETRIAL ORDER**<br>**(Third Request)** |

Pursuant to LR IA 6-1, Plaintiffs, by and through their undersigned counsel Debbie Leonard of Leonard Law, P.C. and Brandon L. Jensen of the Budd-Falen Law Offices, LLC, and Defendants, by and through their undersigned counsel Katharine Laubach of the United States Department of Justice, stipulate and agree as follows:

On September 1, 2022, the Court issued an Order on the parties' motions for summary judgment (ECF No. 57) and ordered the parties to submit a proposed joint pretrial order for a bench trial by September 23, 2022.

On September 19, 2022, the parties filed a stipulation to extend the time to file the joint pretrial order in light of the parties' settlement discussions (ECF No. 58). The Court entered its order on the stipulation on September 21, 2022 (ECF No. 59), making the new deadline November 22, 2022.

On November 16, 2022, the parties filed a second stipulation to extend the time to file the joint pretrial order in light of the parties' continued settlement discussions (ECF No. 60). The Court entered its order on the stipulation on the same date (ECF No. 61), making the new deadline January 23, 2023.

The parties continue to engage in settlement discussions, the outcome of which could change the scope of the trial in this matter. In addition, new counsel for the Defendants recently made an appearance in the case.

As a result, the parties stipulate and agree to extend the deadline to file the joint pretrial order by sixty (60) days, to and including March 24, 2023, to provide time to facilitate their continued settlement efforts and give new counsel the opportunity to become familiar with the facts and circumstances of the case.

This is the third stipulation for extension of time related to the joint pretrial order. This stipulation is being submitted at least three days before the January 23, 2023 joint pretrial order deadline as required by the Chambers Practices of the Honorable Richard F. Boulware, II.

///

1

The parties represent that this stipulation is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 18th day of January 2023.

/s/ Debbie Leonard
DEBBIE LEONARD (NV Bar #8260)
Leonard Law, P.C.
955 South Virginia Street
Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@dleonardlegal.com

BRANDON L. JENSEN (*pro hac vice*)
Budd-Falen Law Offices, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003
(307) 632-5105
brandon@buddfalen.com

*Attorneys for Plaintiffs*

/s/ Katharine Laubach
KATHARINE LAUBACH (CO Bar #42693)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington D.C. 20044-7611
(202) 305-8568
Katharine.laubach@usdoj.gov

JASON M. FRIERSON
United States Attorney, District of Nevada
HOLLY VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438

*Attorneys for Defendants*

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 20th day of January, 2023.

2