1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Debbie Leonard (Nev. Bar #8260)
Leonard Law, P.C.
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

Brandon L. Jensen (*pro hac vice*)
Budd-Falen Law Offices, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003
(307) 632-5105
brandon@buddfalen.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation; DARWIN C. WHEELER; OWEN L. AND PATRICIA T. GONDER; DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DAVID BERNHARDT, in his official capacity as Acting Secretary of the United States Department of the Interior, the UNITED STATES DEPARTMENT OF THE INTERIOR, MICHAEL T. REYNOLDS, in his official capacity as Acting Director of the National Park Service, the NATIONAL PARK SERVICE, and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park,<br><br>                    Defendants. | Case No. 3:18-cv-00261-RFB-CLB<br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION TO EXTEND DEADLINE TO FILE PRETRIAL ORDER** **(Fourth Request)** |

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

Leonard Law, PC

955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com

Pursuant to LR IA 6-1, Plaintiffs, by and through their undersigned counsel Debbie Leonard of Leonard Law, P.C. and Brandon L. Jensen of the Budd-Falen Law Offices, LLC, and Defendants, by and through their undersigned counsel Katharine Laubach of the United States Department of Justice, stipulate and agree as follows:

On September 1, 2022, the Court issued an Order on the parties' motions for summary judgment (ECF No. 57) and ordered the parties to submit a proposed joint pretrial order for a bench trial by September 23, 2022.

On September 19, 2022, the parties filed a stipulation to extend the time to file the joint pretrial order in light of the parties' settlement discussions (ECF No. 58). The Court entered its order on the stipulation on September 21, 2022 (ECF No. 59), making the new deadline November 22, 2022.

On November 16, 2022, the parties filed a second stipulation to extend the time to file the joint pretrial order in light of the parties' continued settlement discussions (ECF No. 60). The Court entered its order on the stipulation on the same date (ECF No. 61), making the new deadline January 23, 2023.

On January 18, 2023, the parties filed a third stipulation to extend the time to file the joint pretrial order in light of the parties' continued settlement discussions (ECF No. 64). The Court entered its order on the stipulation on January 20, 2023 (ECF No. 65), making the new deadline March 24, 2023.

The parties' settlement efforts were unsuccessful. Counsel for the parties are currently working on stipulated findings of fact and conclusions of law and need additional time to reach agreement on those before they can submit the joint pretrial order. As a result, the parties stipulate and agree to extend the deadline to file the joint pretrial order by thirty (30) days, to and including April 24, 2023.

///

///

This is the fourth stipulation for extension of time related to the joint pretrial order. The parties represent that this stipulation is made in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 22nd day of March 2023.

/s/ Debbie Leonard
DEBBIE LEONARD (NV Bar #8260)
Leonard Law, P.C.
955 South Virginia Street
Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@dleonardlegal.com

BRANDON L. JENSEN (*pro hac vice*)
Budd-Falen Law Offices, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003
(307) 632-5105
brandon@buddfalen.com

*Attorneys for Plaintiffs*

/s/ Katharine Laubach
KATHARINE LAUBACH (CO Bar #42693)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington D.C. 20044-7611
(202) 305-8568
Katharine.laubach@usdoj.gov

JASON M. FRIERSON
United States Attorney, District of Nevada
HOLLY VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438

*Attorneys for Defendants*

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  24th day of  March, 2023.

Leonard Law, PC
955 South Virginia Street, Suite 220 | Reno, Nevada 89502
775-964-4656 | Debbie@leonardlawpc.com