1 | Debbie Leonard (Nev. Bar #8260)
Leonard Law, P.C.
2 | 955 South Virginia Street, Suite 220
Reno, Nevada 89502
3 | (775) 964-4656
debbie@leonardlawpc.com
4
Brandon L. Jensen (*pro hac vice*)
5 | Budd-Falen Law Offices, LLC
300 East 18th Street
6 | Post Office Box 346
Cheyenne, Wyoming 82003
7 | (307) 632-5105
brandon@buddfalen.com
8
*Attorneys for Plaintiffs*
9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation; DARWIN C. WHEELER; OWEN L. AND PATRICIA T. GONDER; DAVID JOHN ELDRIDGE AND RUTH, ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior; the UNITED STATES DEPARTMENT OF THE INTERIOR; MICHAEL T. REYNOLDS, in his official capacity as Acting Director of the National Park Service; the NATIONAL PARK SERVICE; and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park,<br><br>Defendants. | Case No. 3:18-cv-261-RFB-CLB<br><br>**ORDER GRANTING STIPULATION FOR**<br><br>**SUBSTITUTION OF PLAINTIFF DARWIN C. WHEELER** |

1 | P A G E

COME NOW, the Plaintiffs, by and through their undersigned counsel Debbie Leonard of Leonard Law, P.C. and Brandon L. Jensen of the Budd-Falen Law Offices, LLC, and the Defendants, by and through their undersigned counsel Katharine Laubach of the United States Department of Justice, stipulate and agree as follows:

The Plaintiff Darwin C. Wheeler died on July 31, 2020 in Garrison, Utah. The real property and water rights owned by Darwin C. Wheeler, which is the subject of this action, has been inherited by and conveyed to his son and daughter-in-law, Christopher C. Wheeler and Alicia Lyn Wheeler. The Personal Representative's Deed conveying the real property and water rights to Christopher C. Wheeler and Alicia Lyn Wheeler was dated March 9, 2022 and recorded on March 11, 2022 in Millard County, State of Utah (as Instrument No. 00218429).

Pursuant to Rule 25(a)(1) of the Fed.R.Civ.P., if a party dies and the claim is not extinguished, the court may order substitution of the proper party.

The parties hereby stipulate that Christopher C. Wheeler and Alicia Lyn Wheeler should be substituted as plaintiffs in this action in place of the Plaintiff Darwin C. Wheeler.

**ORDER**

**IT IS SO ORDERED.**

**DATED:** May 15, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2 | PAGE