Katharine Laubach (Colorado Bar No. 42693)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-8568
katharine.laubach@usdoj.gov
Attorney for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., a Nevada Corporation; CHRISTOPHER C. WHEELER; ALICIA LYN WHEELER;; OWEN L. AND PATRICIA T. GONDER; DAVID JOHN ELDRIDGE AND RUTH, ELDRIDGE, as Co-Trustees of the DAVID JOHN ELDRIDGE AND RUTH ELDRIDGE FAMILY LIVING TRUST, dated January 31, 2007; ZANE JORDAN; and JUDEE SCHALEY,<br><br>        Plaintiffs,<br><br>        vs.<br><br>DAVID BURNHARDT, in his official capacity as Secretary of the United States Department of the Interior; the UNITED STATES DEPARTMENT OF THE INTERIOR; MICHAEL T. REYNOLDS, in his capacity as Acting Director of the National Park Service; the NATIONAL PARK SERVICE; and JAMES WOOLSEY, in his official capacity as Superintendent of the Great Basin National Park,<br><br>        Defendants. | Case No. 3:18-cv-261-RFB-CLB<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE PRETRIAL ORDER (SEVENTH REQUEST)** |

Per LR IA 6-1, the parties stipulate and agree as follows:

1. The parties' proposed joint pre-trial order is due June 7, 2023, per previous

1. extensions of time stipulated to by the parties and ordered by the Court. *See* ECF No. 73.

2. The parties' proposed joint pre-trial order is largely complete, except Defendants require additional time to complete their proposed exhibit list, provide Plaintiffs with adequate time to identify objections and stipulations, and respond with objections to Plaintiffs' proposed exhibit list. Defendants respectfully request a four-week-extension of time for the parties to submit the joint pre-trial order, and Plaintiffs do not oppose Defendants' request and stipulate to Defendants' request. This is the seventh request to extend this deadline.

3. Thus, the parties respectfully request the Court to extend the parties' proposed joint pre-trial order from June 7, 2023 to July 7, 2023. This brief extension is made in good faith and not for the purpose of delay, and it will not interfere with other deadlines in this action.

Respectively submitted June 7, 2023

| /s/ *Debbie Leonard* | /s/ *Katharine Laubach* |
|---|---|
| DEBBIE LEONARD (NV Bar #8260) | KATHARINE LAUBACH (CO Bar #42693) |
| Leonard Law, P.C. | United States Department of Justice |
| 955 South Virginia Street | Environment & Natural Resources Division |
| Suite 220 | P.O. Box 7611 |
| Reno, Nevada 89502 | Washington D.C. 20044-7611 |
| (775) 964-4656 | (202) 305-8568 |
| debbie@leonardlawpc.com | Katharine.laubach@usdoj.gov |
| | |
| BRANDON L. JENSEN (*pro hac vice*) | JASON M. FRIERSON |
| Budd-Falen Law Offices, LLC | United States Attorney, District of Nevada |
| 300 East 18th Street | HOLLY VANCE |
| Post Office Box 346 | Assistant United States Attorney |
| Cheyenne, Wyoming 82003 | 400 South Virginia Street, Suite 900 |
| (307) 632-5105 | Reno, NV 89501 |
| brandon@buddfalen.com | (775) 784-5438 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO ORDERED**

_____
Hon. Richard F. Boulware, II

June 8, 2023
_____
Date