Katharine Laubach (Colorado Bar No. 42693)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street – South Terrace, Ste. 370
Denver, CO 80202
Katharine.Laubach@usdoj.gov

Mark J. Widerschein (Ohio Bar No. 100162)
Alexa V. Penalosa (Arizona Bar No. 03005)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Mark.Widerschein@usdoj.gov
Alexa.Penalosa@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BAKER RANCHES, INC., *et al.* | |
| Plaintiffs | |
| v. | Case No. 3:18-cv-00261-RFB-CLB |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*. | **Motion to Appear** |
| Defendants. | |

Pursuant to LR IA 11-3, Defendants the United States Department of the Interior, *et al*., hereby move to enter the appearance of Mark J. Widerschein and Alexa V. Penalosa as co-counsel in the above-captioned matter. Katharine Laubach will continue as lead counsel for the United States.

Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Mark J. Widerschein
Alexa V. Penalosa
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611

Washington, D.C. 20044-7611

Express deliveries (courier, etc.) should be addressed as follows:

Mark J. Widerschein
Alexa V. Penalosa
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, D.C. 20002

Mr. Widerschein may be reached by telephone at (202) 532-5803 and by email at Mark.Widerschein@usdoj.gov. Ms. Penalosa may be reached by telephone at (202) 305-0492 and by email at Alexa.penalosa@usdoj.gov.

Mr. Widerschein and Ms. Penalosa are registered with the Court's CM/ECF system for electronic filing using the email addresses set forth above. Mr. Widerschein is a member of the bar of the State of Ohio, and his bar identification number is 100162. Ms. Penalosa is a member of the bar of the State of Arizona, and her bar identification number is 038005.

Respectfully submitted this 16th day of January, 2025,

                              TODD KIM
                              Assistant Attorney General
                              Environment & Natural Resources Division

                              */s/ Mark J. Widerschein*
                              Mark J. Widerschein
                              Trial Attorney

                              */s/ Alexa V. Penalosa*
                              Alexa V. Penalosa
                              Trial Attorney

                              U.S. Department of Justice
                              Environment and Natural Resources Division
                              Natural Resources Section
                              150 M St. NE
                              Washington, D.C. 20002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ORDERED.**

Dated this 28 day of January 2025.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was made through the Court's electronic filing and notice system (CM/ECF).

Dated: January 16, 2025.              /s/ *Alexa V. Penalosa*
                                      Alexa V. Penalosa